ANGELICA M. DIAS, SBN 305461
HOMELESS ACTION CENTER
3126 Shattuck Avenue
Berkeley, CA  94705
Phone:  (510) 540-0878 x 310
Fax:       (510) 540-0403
adias@homelessactioncenter.org

Attorney for Plaintiff

SOCIAL SECURITY ADMINISTRATION
TINA NAICKER
160 Spear Street, Suite 800
San Francisco, CA 94105
Phone:  (415) 977-8975
Fax:       (415) 744-0134
tina.naicker@ssa.gov

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHAMON WAKING SAVAGE,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO.: 3:18-CV-07151-~~EDL~~ RMI<br><br>STIPULATION TO PLAINTIFF'S AWARD OF ATTORNEY'S FEES AND COSTS AND PROPOSED ORDER |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of FIVE THOUSAND DOLLARS ($5,000.00).  This amount represents compensation for all legal

services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of five thousand dollars ($5,000.00) in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees, expenses, and/or costs in connection with this action.

After this Court issues an order for EAJA fees to Plaintiff, the Commissioner will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. The ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program and the Commissioner will determine whether the fees are subject to an offset. *See Astrue v. Ratliff*, 560 U.S. 586, 598 (2010). Any payment shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a Federal debt, then the Commissioner shall cause the payment of fees and costs to be made directly to Plaintiff's counsel pursuant to the assignment executed by Savage (attached).

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully Submitted,

Dated: June 9, 2020      HOMELESS ACTION CENTER
                         By:    /s/ Angelica M. Dias
                                ANGELICA M. DIAS
                                Attorney for Plaintiff

                         By:    /s/ Tina L. Naicker
                                TINA L. NAICKER
                                Special Assistant United States Attorney
                                [*As authorized by email on June 9, 2020]

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees And Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of five thousand dollars ($5,000.00), as authorized by 28 U.S.C. §§ 1920, 2412(d), subject to the terms of the above-referenced Stipulation.

APPROVED AND SO ORDERED:

DATED: 6/10/2020

THE HONORABLE ROBERT M. ILLMAN
UNITED STATES MAGISTRATE JUDGE